IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CASE NO. 3:17-cv-00421-GCM

| | |
|---|---|
| UNIION COUNTY, CDM SMITH INC., and PETE DUTY & ASSOCIATES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DEVERE CONSTRUCTION COMPANY, INC., et al., | ) ) ) |
| Defendants. | ) |

## ORDER ALLOWING FDIC'S REQUEST FOR STAY

Upon consideration of the Request for Stay filed by Defendant Federal Deposit Insurance Corporation, as Receiver for Defendant First NBC Bank ("FDIC-R"), and the entire record herein, the Court hereby ORDERS that all proceedings in this action shall be STAYED for a period of ninety (90) days from the date of this Order, with the exception that this Court will act upon the Motion to Transfer Funds from the Union County Clerk of Superior Court.

This Order is entered without prejudice to FDIC-R for submitting a subsequent stay request to the extent appropriate and required pursuant to 12 U.S.C. § 1821 or as otherwise required for the efficient management of the receivership of First NBC Bank.

SO ORDERED this the 14th day of August, 2017.

Hon. Graham C. Mullen
United States District Judge